# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CORBIN D. JONES,

    Plaintiff,

v.

Case No. 3:17-cv-00349-JPG-GCS

NEILL MOONEY, *et al.*,

    Defendants.

## MEMORANDUM AND ORDER

**J. PHIL GILBERT, DISTRICT JUDGE**

    Magistrate Judge Gilbert C. Sison has issued a Report and Recommendations ("Report") on the defendants' motions for summary judgment and the plaintiff's motion for recruitment of counsel. (ECF Nos. 88, 65, 67, 80.) The Court may accept, reject, or modify—in whole or in part—the findings or recommendations of the magistrate judge in his Report. FED. R. CIV. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    Here, Jones has filed what he labels as an objection, but he makes no argument therein. The Court has accordingly reviewed Magistrate Judge Sison's Report for clear error, yet finds none. For that reason, the Court:

- **ADOPTS** the Report in its entirety (ECF No. 88);
- **GRANTS** the defendants' motions for summary judgment (ECF No. 65, 67);
- **FINDS AS MOOT** the plaintiff's motion for recruitment of counsel (ECF No. 80);
- **DISMISSES** this case **WITH PREJUDICE**; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**

**DATED:  JUNE 20, 2019**

<pre>                                        s/ <i>J. Phil Gilbert</i>
                                        J. PHIL GILBERT
                                        U.S. DISTRICT JUDGE</pre>