# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CORBIN D. JONES, | |
| Plaintiff, | |
| v. | Case No. 3:17-cv-00349-JPG-GCS |
| NEILL MOONEY, *et al.*, | |
| Defendants. | |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the defendants and that this matter is **DISMISSED WITH PREJUDICE**.

DATED: June 20, 2019

    **MARGARET M. ROBERTIE,**
    Clerk of Court

    BY: __s/Tina Gray__
        **Deputy Clerk**

**Approved:**
**s/ *J. Phil Gilbert***
**J. Phil Gilbert**
**U.S. District Judge**